USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/11/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MOORE, JR. ,**<br><br>                              **Plaintiff,**<br><br>           -against-<br><br>**RUDDER ET AL.,**<br><br>                              **Defendants.** | **18-cv-11981 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The court is in receipt of the parties' stipulation for voluntary dismissal. The parties should resubmit the stipulation to comply with Fed. R. Civ. P. 41(a)(1)(A)(ii).

**SO ORDERED.**

Dated:  June 11, 2020
       New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                **United States District Judge**